**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov

        G     3rd     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
        G          Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  MARITZA TELLO          JOINT DEBTOR       CASE NO.:  10-21997-RAM
SS#     7723                    SS#

G This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months:
    A.    $  385.00  for months  1  to  8 ;
    B.    $  404.94  for months  9  to  60 ;
    C.    $           for months        to     ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $  3500.00          TOTAL PAID $  1550.00
                Balance Due    $  1950.00     payable $  243.75  /month  (Months  1  to  8 )

Secured Creditors: [Retain Liens pursuant to    11 USC ' 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

1.                           Arrearage on Petition Date
                                   Arrears Payment  $         /month  (Months      to    )
                                   Regular Payment  $         /month  (Months      to    )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ |        To |  |
|  | $ | % | $ |        To |  |
|  | $ | % | $ |        To |  |

Priority Creditors:  [including non-dischargeable debts paid 100% in plan]

1. Small Business Administration    Total Due $   2940.76
PO Box 740192
Atlanta, GA 30374-0192          Payable   $ 49.01/month  (Months  1  to  60 )
Acct #4002

2.                              Total Due $
                               Payable  $          /month  (Months     to    ) Regular Payment $

Unsecured Creditors: Pay $  57.24  /month  (Months  1  to  8 )
                        Pay $ 319.12  /month  (Month  9  to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current and will keep paying direct and outside of the plan: The Alahambra at Coral Lakes HOA Inc Acc #3068. Debtor Rejects lease with Wells Fargo Auto Finance, collateral: 2007 Honda S2000

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
 /s/ Maritza Tello
Debtor MARITZA TELLO            Joint Debtor

Date:  August 30, 2010          Date:

LF-31 (rev. 03/11/04)